IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bernardo Valdez individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Sumdip Corporation dba Subway, Vrati Corporation, Dipak Parikh individually, and Sumitra Parikh individually, Defendants | Case No 1:15-cv-09365<br>Judge: Hon. Jorge L. Alonso |

### JOINT STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P. 41(a)(1), the following:

1. The parties stipulate that this matter shall be dismissed in its entirety, **without prejudice**, with each party incurring its own attorneys' fees and costs.

2. January 15, 2016, absent a motion to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Valentin T. Narvaez<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | s/ William Clifton Holmes<br>The Holmes Law Group<br>230 W. Superior St., 2F<br>#132<br>Chicago, IL 60654 |